ERNEST I. WHITE, Respondent, *v.* HUDSON NAVIGATION COMPANY, Appellant.

*White* v. *Hudson Navigation Co.*, 172 App. Div. 931, affirmed.

(Submitted November 13, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 18, 1916, affirming a judgment in favor of plaintiff entered upon a verdict. This action was to recover damages for injuries to plaintiff's automobile while in possession of the defendant for the purpose of being transported by boat from Albany to New York. The complaint alleged the delivery of the automobile to the defendant, and the receipt of the same by it for the purpose of transportation, and payment of the charges therefor, the damage to the automobile while in transit through the negligence of the defendant, and the failure of the defendant to deliver the same to plaintiff in good order and condition. The answer was a denial of knowledge or information sufficient to form a belief as to the allegations of the complaint, and an allegation that the damages sustained were caused by the negligence of the plaintiff, his servants or agents.

*Charles Irving Oliver* for appellant.

*Jerome L. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.